STATE OF NEW JERSEY v. DAVID L. NASH.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. SCOTT.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KERWIN COLON.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH SAMUELS.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD STEPHENSON.

July 11, 1986.

Petition for certification denied.